LAURENCE L. ANGELO, ESQ. SBN: 34528        (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
Bryan A. Middleton, Drew Stidger and the
County of Amador

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. EMERSON, JR., | Case No.: CIV. S-02-1510 WBS KJM |
| Plaintiff, | |
| Vs. | **STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL** |
| OFFICERS, BRYAN A. MIDDLETON, DREW STIDGER, JEREMY PENNER, and MICHAEL RICE, individually and as employees of the AMADOR COUNTY SHERIFF'S DEPARTMENT; MICHAEL F. PRIZMICH, individually and as SHERIFF OF THE COUNTY OF AMADOR; THE COUNTY OF AMADOR, CALIFORNIA; and DOES 1 through 20, inclusive, | **Judge Assigned:  The Honorable WILLIAM B. SHUBB**<br><br>**Present Pretrial Conference Date: May 9, 2005**<br>**Present Trial Date:  June 28, 2005** |
| Defendants. | |

## STIPULATION

WHEREAS, the above-entitled matter is presently scheduled for a pretrial conference on May 9, 2005 at 10:00 a.m. in Courtroom 5 and trial on June 28,

-1-
**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL**

1  2005 at 9:00 a.m. in Courtroom 5; and

2      WHEREAS, a serious illness in the family of defense counsel, Laurence L.
3  Angelo, necessitates continuance of both; and

4      WHEREAS, Plaintiff, Melvin R. Emerson, Jr., through counsel is willing to
5  stipulate to continue both the pretrial conference and trial dates; and

6      WHEREAS, the parties understand that these proceedings may be continued
7  to the dates hereafter mentioned:

8      NOW, THEREFORE, IT IS STIPULATED by and between the parties
9  hereto, through their respective counsel, that, with permission of the Court, the
10 pretrial conference date herein be reset for November 7, 2005 at 10:00 a.m. in
11 Courtroom 5 with Plaintiff to file and serve his separate pretrial conference
12 statement on or before October 24, 2005 and Defendants to file and serve their
13 separate pretrial conference statement on or before October 31, 2005 and that the
14 trial be continued and reset to begin on January 10, 2006 at 9:00 a.m. in Courtroom
15 5.

17 Dated: April 21, 2005       LAW OFFICES OF KENNETH M. FOLEY

19      By: /s/ Kenneth M. Foley
20          Kenneth M. Foley, SBN 61143
         Attorney for Plaintiff
         MELVIN R. EMERSON, JR.

22 Dated: April 20, 2005       ANGELO, KILDAY & KILDUFF

25      By:/s/ Laurence L. Angelo
         LAURENCE L. ANGELO, 34528
         Attorneys for Defendants,
         BRYAN A. MIDDLETON, DREW
         STIDGER, AND THE COUNTY
         OF AMADOR

## **ORDER**

Pursuant to stipulation of the parties and good cause appearing therefor, IT IS ORDERED that:

1. The pretrial conference herein is continued from May 9, 2005 to November 7, 2005 at 10:00 a.m. in Courtroom 5;

2. That Plaintiff shall file and serve his separate pretrial conference statement herein on or before October 24, 2005 and Defendants shall file and serve their separate pretrial conference statement herein on or before October 31, 2005; and

3. That the trial herein is rescheduled and reset to begin on January 10, 2006 at 9:00 a.m. in Courtroom 5.

DATED:  April 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28