UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

Emerson, Jr.

        v.        CASE NUMBER: CIV S-02-1510 WBS KJM

Officers Bryan A. Middleton et al

**XX** -- Jury Verdict. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/19/2006.

JACK L. WAGNER,
CLERK OF COURT

ENTERED: January 20, 2006

by: _____
NDDuong, Deputy Clerk